**ORDERED ACCORDINGLY.**

**Dated: January 28, 2011**



_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-00313

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Nelson Madarang Mayo<br>      Debtor.<br>―――――――――――――――――<br>Chase Home Finance LLC<br>      Movant,<br>  vs.<br><br>Nelson Madarang Mayo, Debtor, David A. Birdsell, Trustee.<br><br>      Respondents. | No. 2:11-BK-00004-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #8) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 12, 2008 and recorded in the office of the Maricopa County Recorder wherein Chase Home Finance LLC is the current beneficiary and Nelson Madarang Mayo has an interest in, further described as:

> Unit 124, ARPEGGIO CONDOMINIUMS, according to Declaration of Condominium recorded in Document No. 20051161452, and plat recorded in Book 430 of Maps, Page 30, and Affidavit of Correction recorded in Document No. 970018980 and in Document No. 20051142258, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.